**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CYRUS II, LP,. | § | CASE NO. 05-39857-H1-7 |
| | § | |
| BAHAR DEVELOPMENT, INC. | § | (Jointly Administered) |
| and | § | |
| MONDONA RAFIZADEH | § | |
| | § | (CHAPTER 7) |
| DEBTORS. | § | |

**LIMITED OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION TO COMPROMISE**
**CONTROVERSIES WITH UNITED RAFIZADEH AND DEBTOR (Docket # 365)**

Mondona Rafizadeh ("Mondona" or "Debtor"), hereby files a limited objection to the compromise reached between United Rafizadeh, the Debtor and the Estate, hoping to clarify an ambiguity in the compromise:

1.      Orix, on behalf of its principal, Wells Fargo, has sued Mondona under 11 U.S.C. §523 to except its $14 Million debt from discharge.   Mondona believes she will successfully defend this suit.   However, should she lose, she has standing to challenge the ruling of the Louisiana State Court on appeal.

2.      Under the compromise, the Trustee will abate the appeal of the judgment until Orix's claim is determined.   There is no statement in the compromise of what will happen after Orix's claim is allowed or disallowed.   The appeal may be dismissed or revived, but it should not be abated indefinitely.

3.      Mondona's understanding is that, after the compromise the Trustee's participation in the appeal will cease, and Mondona will be free to assert her rights in the appellate court.

WHEREFORE, PREMISES CONSIDERED, Mondona Rafizadeh asks that the Court

0400328

1

grant the Trustee's Application to Compromise Controversy with the clarification that Mondona should be able to pursue the appeal of the State Court judgment independently of the Trustee, and grant such other and further relief to which she may show herself entitled.

Dated: May 11, 2006

Respectfully Submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:

EDWARD L. ROTHBERG
State Bar No. 17313990
HUGH M. RAY, III
State Bar No. 24004246
Eleven Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone:     (713) 961-9045
Facsimile:     (713) 961-5341

ATTORNEYS FOR MONDONA RAFIZADEH

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, a true and correct copy of foregoing document was served by the ECF system and/or U.S. Mail upon the following parties:

United States Trustee
515 Rusk, Room 3516
Houston, TX 77002

Rodney D Tow
Tow and Koenig PLLC
10077 Grogans Mill Rd Suite 145
The Woodlands, TX 77380

John Higgins
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, Texas 77002

Nan Eitel
Jones Walker, et al.
Washington, D.C.,
499 S. Capitol Street, S.W.
Suite 600
Washington, D.C. 20003

Hugh M. Ray, III

0400328

2